UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAJIBE ALHAJ,

                Plaintiff,

-against-

RICHARD AKWAMOAH, et al.,

                Defendants.

21-CV-4295 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By orders dated June 2, 2021, and August 4, 2021, the Court directed Plaintiff to submit a completed prisoner authorization or pay the $402.00 in fees required to file a civil action in this Court. In the alternative, the Court directed Plaintiff, if he was not a prisoner at the time he filed his complaint, to complete a declaration stating facts showing that he was not a prisoner. Both orders specified that failure to comply would result in dismissal of the complaint.

    On August 31, 2021, the Court received a declaration from Plaintiff, in which he states that he does not know Defendant Richard Akwamoah and that he would like the Court to "cancel[ ]" this defendant. (ECF 9, at 1.) Plaintiff does not address whether he was a prisoner at the time he filed the complaint nor does he submit a prisoner authorization. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

## CONCLUSION

    The complaint is dismissed without prejudice for failure to submit a prisoner authorization. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 28, 2021
       New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge